Thomas E Littler, Esq
Attorney at Law

341 W Secretariat Drive
Tempe, Arizona 85284
Telephone (480) 248-9010
Arizona Bar No. 006917
E-mail: telittler@gmail.com

*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Case No.: 2:17-bk-13721-EPB |
|---|---|
| Quantum Wellness Botanical Institute, LLC, | Chapter 11 |
| Debtor. | **VERIFIED STATEMTENT OF TED BURR PURUSANT TO F.B.R.P. 2014(a) IN SUPPORT OF APPLICATION FOR AN ORDER UNDER 11 U.S.C. 327(a) AUTHORIZING THE EMPLOYMENT OF MAC RESTRUCTURING ADVISORS, LLC AS FINANCIAL CONSULTANT FOR DEBTOR AND DEBTOR IN POSSESION** |

I, Ted Burr, declare as follows:

1. I am over the age of 18 and am mentally competent. Unless otherwise stated in this verified statement, I have personal knowledge of the facts in this matter and, if called upon to testify, could and would do so. I make this verified statement in support of the *Application For Order Under Section 327(a) Of The Bankruptcy Code Authorizing Employment Of Mac Restructuring Advisors, LLC As Financial Consultant For The Debtor-In- Possession.*

2. I am employed with the firm of Mac Restructuring Advisors, LLC ("MAC"), which maintains its offices at 10191 E. Shangri La Rd, Scottsdale, Arizona 85260. My phone number is (602) 418-2906. I am authorized to make this verified statement on behalf of MAC.

Thomas E Littler
Attorney and Counselor
341 W Secretariat Dr
Tempe AZ 85284
(480) 248-9010

Case 2:17-bk-13721-EPB    Doc 16-1    Filed 11/22/17    Entered 11/22/17 12:28:17    Desc
Appendix Verified Statement of Ted Burr    Page 1 of 3

3.  MAC will provide such consulting services as MAC and the Debtor-in-Possession ("Debtor") deem appropriate and feasible in order to advise the Debtor in the course of this chapter 11 case, including the following:

- Review Company's historic financial performance,
- Work with Company to develop a rolling weekly cash flow forecast and prepare budget to actual analyses,
- Work with Company to develop a longer term financial forecast,
- Assist management in working with the existing lenders,
- Assist management with possible debt restructuring or refinancing,
- Provide Chapter 11 consulting services, if necessary, and
- Any other service mutually agreed upon between Client and Mac.

4.  MAC, at the request of the Debtor, may provide additional financial consulting services deemed appropriate and necessary to the benefit of the Debtor's estate.

5.  A true and correct copy of MAC's engagement agreement is attached to the Application.

6.  MAC received a retainer of $5,000.00 to commence working for the Debtor before the filing. During the prepetition period MAC worked with company in developing cash flow models to be used in restructuring alternatives; worked with company to develop various restructuring alternative to be proposed to the lenders; participated in various calls with Opus and AmEx in negotiating restructuring proposals; and advised the company on Chapter 11 filing matters. MAC then received a payment of $4,828.00 for its prepetition work from September 19, 2017 to October 31, 2017. MAC then paid itself $923.00 for pre-filing fees for work performed during the period of November 1, 2017 to November 17, 2017 leaving a retainer for post-petition work for the Debtor of $4,077.00.

7.  MAC has informed the Debtor that it (i) has no connection with the Debtor (other than

2

Thomas E Littler
Attorney and Counselor
341 W Secretariat Dr
Tempe AZ 85284
(480) 248-9321

Case 2:17-bk-13721-EPB    Doc 16-1    Filed 11/22/17    Entered 11/22/17 12:28:17    Desc
Appendix Verified Statement of Ted Burr    Page 2 of 3

prior work performed for the Debtor in anticipation of this chapter 11 filing), its creditors or other parties in interest in this case; (ii) does not hold any interest adverse to the Debtor's estate; and (iii) believes it is a "disinterested person" as defined within Section 101(14) of the Bankruptcy Code.

8. MAC will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new facts or circumstances are discovered, MAC will supplement its disclosure to the Court.

9. Other than with its own employees, MAC has agreed not to share with any person or firm, the compensation to be paid for professional services rendered in connection with this case.

10. MAC intends to apply to the Court for allowances of compensation and reimbursement of expenses for all financial advisory support services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, corresponding local rules, orders of this Court and guidelines established by the United States Trustee. The agreed upon hourly rate for Ted Burr, subject to periodic adjustments, is $355 per hour plus actual out of pocket expenses including travel expenses.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

                                                    */s/ Ted Burr* (with permission)
Ted Burr

Thomas E Littler
Attorney and Counselor
341 W Secretariat Dr
Tempe AZ 85284
(480) 248-9321

3

Case 2:17-bk-13721-EPB  Doc 16-1  Filed 11/22/17  Entered 11/22/17 12:28:17  Desc
Appendix Verified Statement of Ted Burr    Page 3 of 3